IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KENNEDY WRIGHT,

     Appellant,

v.

DEPARTMENT OF
CORRECTIONS,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2422

Opinion filed July 17, 2014.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Kennedy Wright, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     DISMISSED. See Sprint v. Parole Comm'n, 933 So. 2d 1218 (Fla. 1st
DCA 2006).

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.